UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JUSTIN ROBERT KING; AND ELEVATE INVESTMENTS LLC,<br><br>　　　　Defendants,<br><br>SHANNON LEIGH KING,<br><br>　　　　Relief Defendant. | Case No. 8:20-cv-02398-JVS-DFM<br><br>**ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT AGAINST AGAINST DEFENDANT JUSTIN ROBERT KING AND RELIEF DEFENDANT SHANNON LEIGH KING** |

　　　　On February 4, 2021, plaintiff Securities and Exchange Commission ("SEC") filed an *ex parte* application for an Order to Show Cause why defendant Justing Robert King ("JKing") and Relief Defendant Shannon Leigh King ("SKing") should not be held in civil contempt of this Court's Temporary Restraining Order and Preliminary Injunction of December 28, 2021 and January 19, 2021 respectively (the "Orders"). In its application, the Commission presented evidence that JKing and

1

SKing had violated the Orders.

For good cause shown, the Commission's application for an Order to Show Cause why JKing and SKing should not be held in civil contempt of the Order is hereby GRANTED.

IT IS FURTHER ORDERED that, on March 15, 2021 at 1:30 p.m., SKing and JKing shall appear before this Court to show cause why an order of civil contempt should not be issued and, at that time. Any opposition papers shall be filed and served no later than March 1, 2021 and any reply papers shall be filed and served no later than March 8, 2021. In addition to the service requirements under this Court's Local Rules, both the SEC and JKing and SKing shall provide the Court and each other with courtesy copies, via email, of all papers filed by no later than 5:00 p.m. PST on the date the papers are due.

JKing and SKing shall advise the Court of any subsequent efforts to cure the acts of noncompliance with the Preliminary Injunction alleged by the SEC.

The hearing may be video. The Court will advise.

IT IS SO ORDERED.

DATED: February 18, 2021

THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE