# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. SACV 20-02398 JVS (DFMx) |
| Plaintiff, | **FINAL JUDGMENT AS TO RELIEF DEFENDANT SHANNON LEIGH KING** |
| vs. | |
| JUSTIN ROBERT KING; AND ELEVATE INVESTMENTS LLC, | |
| Defendants, | |
| SHANNON LEIGH KING, | |
| Relief Defendant. | |

The Securities and Exchange Commission having filed a Complaint and Relief Defendant Shannon Leigh King having entered a general appearance; consented to the Court's jurisdiction over Relief Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction and except as otherwise provided herein in paragraph III; waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Relief Defendant is liable for disgorgement in the amount of $398,000, plus prejudgment interest thereon in the amount of $11,037.98, which amounts shall be deemed satisfied by the funds currently in the possession of the Court-appointed Receiver in this action.

The Receiver shall hold the funds (collectively, the "Fund") until further order of this Court. The Receiver may propose a plan to distribute the Fund subject to the Court's approval, and the Court shall retain jurisdiction over the administration of any distribution of the Fund.

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, solely for purposes of exceptions to discharge set forth in Section 523 of the Bankruptcy Code, 11 U.S.C. §523, the allegations in the complaint are true and admitted by Defendant, and further, any debt for disgorgement, prejudgment interest, civil penalty or other amounts due by Defendant under this Final Judgment or any other judgment, order,

consent order, decree or settlement agreement entered in connection with this proceeding, is a debt for the violation of the federal securities laws or any regulation or order issued under such laws, as set forth in Section 523(a)(19) of the Bankruptcy Code, 11 U.S.C. §523(a)(19).

IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

V.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: January 24, 2022

_____
HON JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

2

## PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On January 21, 2022, I caused to be served the document entitled **FINAL JUDGMENT AS TO RELIEF DEFENDANT SHANNON LEIGH KING** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: January 21, 2022         */s/ Lynn M. Dean*
                               Lynn M. Dean

3

*SEC v. Justin Robert King, et al.*
United States District Court—Central District of California
Case No. 8:20-cv-02398-JVS-DFM

### SERVICE LIST

Kyra E. Andrassy (by ECF)
SMILEY WANG-EKVALL
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626
714-445-1000 Phone
714-445-1017 Fax
kandrassy@swelawwfirm.com
*Counsel for Receiver for Defendant Elevate Investments LLC*

Michael J. Quinn, Esq. (by ECF)
Vedder Price LLP
1925 Century Park East, Suite 1900
Los Angeles, CA 90067
mquinn@vedderprice.com
*Counsel for Justin King and Shannon King*