SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>JUSTIN ROBERT KING; AND ELEVATE INVESTMENTS LLC,<br><br>    Defendants,<br><br>SHANNON LEIGH KING,<br><br>    Relief Defendant. | Case No. SACV20-02398-JVS(DFMx)<br><br>**ORDER GRANTING FIRST INTERIM APPLICATION FOR APPROVAL OF FEES AND COSTS OF:**<br><br>**(1) JEFFREY BRANDLIN AND BRANDLIN & ASSOCIATES, RECEIVER, AND**<br><br>**(2) SMILEY WANG-EKVALL, LLP, GENERAL COUNSEL TO THE RECEIVER [78]**<br><br>DATE:  March 7, 2022<br>TIME:  1:30 p.m.<br>CTRM:  10C<br>JUDGE:  James V. Selna |

    The Court having reviewed the *First Interim Application for Approval of Fees and Costs of (1) Jeffrey Brandlin and Brandlin & Associates, Receiver, and (2) Smiley Wang-Ekvall, LLP, General Counsel to the Receiver* for the period of December 28, 2020, through October 31, 2021 (the "Application"), and the evidence submitted in support of the Application and the Court having found that the fees and costs sought are reasonable, and the Court noting that there is no opposition,

2899415.1                                                                                                    1                                                           ORDER

**IT IS ORDERED AS FOLLOWS:**

1. The Application is approved;

2. Jeffrey Brandlin (the "Receiver") and Brandlin & Associates are allowed $70,837.50 in fees and $110.29 in expenses on an interim basis for the period of December 28, 2020, through October 31, 2021;

2. Smiley Wang-Ekvall, LLP, is allowed $45,179.00 in fees and $3,600.50 in expenses on an interim basis for the period of December 28, 2020, through October 31, 2021; and

3. The Receiver is authorized to pay 80% of the allowed fees and 100% of the allowed expenses from available funds, with payment of the amount held back to be sought at a later date.

The March 7, 2022 hearing is vacated.

DATED: March 02, 2022

_____
JAMES V. SELNA, United States District Judge