**SMILEY WANG-EKVALL, LLP**
Kyra E. Andrassy, State Bar No. 207959
kandrassy@swelawfirm.com
Michael L. Simon, State Bar No. 300822
msimon@swelawfirm.com
Timothy W. Evanston, State Bar No. 319342
tevanston@swelawfirm.com
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone: 714 445-1000
Facsimile:  714 445-1002

Counsel for Jeffrey Brandlin, Receiver

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>v.<br><br>JUSTIN ROBERT KING; AND ELEVATE INVESTMENTS, LLC,<br><br>              Defendants,<br><br>and<br><br>SHANNON LEIGH KING,<br><br>              Relief Defendant. | Case No. SACV20-02398-JVS (DFMx)<br><br>**NOTICE OF MOTION AND MOTION OF RECEIVER, JEFFREY E. BRANDLIN, FOR ORDER IN AID OF IMPLEMENTATION OF THE ORDER APPOINTING THE PERMANENT RECEIVER**<br><br>[Memorandum of Points and Authorities and Declaration of Jeffrey E. Brandlin submitted concurrently herewith]<br><br>DATE:    August 1, 2022<br>TIME:    1:30 p.m.<br>CTRM:   10C<br>JUDGE:  Hon. James V. Selna |

TO THE HONORABLE JAMES V. SELNA, UNITED STATES DISTRICT JUDGE, AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Jeffrey E. Brandlin, the Court-appointed receiver (the "Receiver") over Elevate Investments, LLC, and its subsidiaries and affiliates (together, "Elevate"), will and hereby does move

this Court for an order clarifying that the funds and assets held in four accounts are property of the receivership estate, or, in the alternative, expanding the receivership estate (the "Receivership Estate") to include such funds and assets.  The Receiver believes that the following four account should be explicitly brought into the Receivership Estate:

| Brokerage/Bank Name | Account Name | Account No. |
|---|---|---|
| Charles Schwab & Co. | Justin Robert King (the "Justin King Schwab Account") | xxxx-5708 |
| Charles Schwab & Co. | Shannon King (the "Shannon King Schwab Account") | xxxx-4019 |
| JPMorgan Chase Bank | Arizona Investment Kings (the "Arizona Investment Kings Account") | xxxx3592 |
| JPMorgan Chase Bank | Area Auto Glass LLC (the "Area Auto Glass Chase Account") | xxxx8687 |

The Motion is made pursuant to the general principles of the law governing federal equity receiverships, sections IX.A, E & J of the *Preliminary Injunction and Appointment of a Permanent Receiver* [Docket No. 26], Federal Rule of Civil Procedure 66, and Local Civil Rule 66.  The Motion is based on this Notice of Motion and Motion, the concurrently submitted Memorandum of Points and Authorities and Declaration of Jeffrey E. Brandlin, and any argument or evidence presented to the Court at any hearing on the Motion.  The Motion, Memorandum of Points and Authorities, and other supporting papers are available on the website established by the Receiver to provide information to parties in interest, which is located at www.donlinrecano.com/Clients/ei/Index.

**PLEASE TAKE FURTHER NOTICE** that the hearing is nominally scheduled for August 1, 2022 at 1:30 p.m.  Because of the pandemic, parties will be notified three days in advance if there is to be a hearing.  If there is a hearing, the hearings are being staggered to minimize the number of people in the courtroom.  If a hearing is not set, then the parties may request a hearing by filing a brief of no more than five pages by 5:00 p.m. the day following the date for which the hearing was nominally set.  The Court will then determine if a hearing is necessary.  If no request is submitted, the matter will be submitted on the papers and the tentative ruling will become the order of the Court.  If the request is granted, the Court will advise the parties when and how the hearing will be conducted.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 7-9, each opposing party shall, not later than twenty-one (21) days before the dates scheduled for the hearing, serve upon all other parties and file with the Clerk either (a) the evidence upon which the opposing party will rely in opposition to the Motion and a brief but complete memorandum which contains a statement of all the reasons in opposition thereto and the points and authorities upon which the opposing party will rely, or (b) a written statement that the party will not oppose the Motion.  Evidence presented in all opposing papers shall comply with the requirements of Local Rules 7-6, 7-7 and 7-8.

///
///
///
///
///
///
///

If you fail to file and serve a written opposition by the above date, the Court may grant the requested relief without further notice.

                                                      Respectfully submitted,

DATED: July 1, 2022           SMILEY WANG-EKVALL, LLP

                                    By:    */s/ Michael L. Simon*
                                            Kyra E. Andrassy
                                            Michael L. Simon
                                            Counsel for Jeffrey E. Brandlin,
                                            Permanent Receiver

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626.

On **7/1/2022**, I served true copies of the following document(s) described as

**NOTICE OF MOTION AND MOTION OF RECEIVER, JEFFREY E. BRANDLIN, FOR ORDER IN AID OF IMPLEMENTATION OF THE ORDER APPOINTING THE PERMANENT RECEIVER**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**(X) (BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF").** Pursuant to United States District Court, Central District of California, Local Civil Rule 5-3, the foregoing document will be served by the court via NEF and hyperlinked to the document. On **7/1/2022**, I checked the CM/ECF docket for this case and determined that the aforementioned person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated.

**(X) (BY MAIL).** I enclosed the document(s) in a sealed envelope or package and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Smiley Wang-Ekvall, LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Costa Mesa, California.

**(X) (BY E-MAIL).** By scanning the document(s) and then e-mailing the resultant pdf to the e-mail address indicated above per agreement. Attached to this declaration is a copy of the e-mail transmission.

**( ) (BY FACSIMILE).** I caused the above-referenced documents to be transmitted to the noted addressee(s) at the fax number as stated. Attached to this declaration is a "TX Confirmation Report" confirming the status of transmission. Executed on _____, at Costa Mesa, California.

**( ) STATE** I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

**(X) FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 1, 2022, at Costa Mesa, California.

/s/ *Lynnette Garrett*

Lynnette Garrett

# SERVICE LIST

**BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

- **Kyra E Andrassy**
  kandrassy@swelawfirm.com,jchung@swelawfirm.com,lgarrett@swelawfirm.com,gcruz@swelawfirm.com
- **Jeffrey E Brandlin**
  kandrassy@swelawfirm.com
- **Lynn M. Dean**
  deanl@sec.gov,LAROFiling@sec.gov,delgadilloj@sec.gov,simundacc@sec.gov,irwinma@sec.gov
- **Justin Robert King**
  jrking80@gmail.com
- **Shannon King**
  slking311@gmail.com
- **Michael J. Quinn**
  mquinn@vedderprice.com,jgimble@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com,ecfladocket@vedderprice.com
- **Kathryn C Wanner**
  wannerk@sec.gov,BarryJ@SEC.GOV,simundacc@sec.gov,irwinma@sec.gov,gilliamk@sec.gov

**BY MAIL:**

| Justin and Shannon King<br>26500 Paseo Infinita<br>San Juan Capistrano, CA 92675 | Justin and Shannon King<br>10639 West Chestnut Street<br>Marana, AZ 85653 |
|---|---|

**BY EMAIL:**

All investors served by email. Email addresses withheld from this proof of service to protect the investors' privacy.