# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  vs.<br><br>JUSTIN ROBERT KING; AND ELEVATE INVESTMENTS LLC,<br><br>    Defendants,<br><br>SHANNON LEIGH KING,<br><br>    Relief Defendant. | Case No. SACV 20-02398 JVS (DFMx)<br><br>**FINAL JUDGMENT AS TO DEFENDANT JUSTIN ROBERT KING [106]** |

The Securities and Exchange Commission having filed a Complaint and Defendant Justin Robert King ("Defendant") having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction and except as otherwise provided herein in paragraph VI); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

## I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant is permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R. § 240.10b-5], by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

    (a)    to employ any device, scheme, or artifice to defraud;

    (b)    to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

    (c)    to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who receive actual notice of this Final Judgment by personal service or otherwise: (a) Defendant's officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Defendant or with anyone described in (a).

II.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant is permanently restrained and enjoined from violating Section 17(a) of the Securities Act of 1933 (the "Securities Act") [15 U.S.C. § 77q(a)] in the offer or sale of any security by the use of any means or instruments of transportation or communication in interstate commerce or by use of the mails, directly or indirectly:

(a) to employ any device, scheme, or artifice to defraud;

(b) to obtain money or property by means of any untrue statement of a material fact or any omission of a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

(c) to engage in any transaction, practice, or course of business which operates or would operate as a fraud or deceit upon the purchaser.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who receive actual notice of this Final Judgment by personal service or otherwise: (a) Defendant's officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Defendant or with anyone described in (a).

III.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant is permanently restrained and enjoined from violating Section 206(4) of the Advisers Act, 15 U.S.C. §§ 80b-6(4), and Rule 206(4)-8, 17 C.F.R. §275.206(4)-8 while acting as an investment adviser to a pooled investment vehicle, directly or indirectly, by use of the mails or means or instrumentalities of interstate commerce:

(a) to make untrue statements of a material fact or omitted to state a material fact necessary in order to make the statements made, in the light of the

|   |   |
|---|---|
| 1 | circumstances under which there were made, not misleading, to any investor or |
| 2 | prospective investor in the pooled investment vehicle; or |
| 3 | (b) to engage in acts, practices, or courses of business that were |
| 4 | fraudulent, deceptive, or manipulative with respect to any investor or |
| 5 | prospective investor in the pooled investment vehicle. |
| 6 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, as |
| 7 | provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also |
| 8 | binds the following who receive actual notice of this Final Judgment by personal |
| 9 | service or otherwise: (a) Defendant's officers, agents, servants, employees, and |
| 10 | attorneys; and (b) other persons in active concert or participation with Defendant or |
| 11 | with anyone described in (a). |
| 12 | IV. |
| 13 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, solely for |
| 14 | purposes of exceptions to discharge set forth in Section 523 of the Bankruptcy Code, |
| 15 | 11 U.S.C. §523, the allegations in the complaint are true and admitted by Defendant, |
| 16 | and further, any debt for disgorgement, prejudgment interest, civil penalty or other |
| 17 | amounts due by Defendant under this Final Judgment or any other judgment, order, |
| 18 | consent order, decree or settlement agreement entered in connection with this |
| 19 | proceeding, is a debt for the violation by Defendant of the federal securities laws or |
| 20 | any regulation or order issued under such laws, as set forth in Section 523(a)(19) of |
| 21 | the Bankruptcy Code, 11 U.S.C. §523(a)(19). |
| 22 | /// |
| 23 | /// /// |
| 24 | /// |
| 25 | /// /// |
| 26 | /// |
| 27 |  |
| 28 |  |

V.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment

.

Dated:  March 27, 2024

_____
UNITED STATES DISTRICT JUDGE

# **PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On March 26, 2024, I caused to be served the documents entitled **FINAL JUDGMENT AS TO DEFENDANT JUSTIN ROBERT KING** on all the parties to this action addressed as stated on the attached service list:

☒ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 26, 2024         */s/ Lynn M. Dean*
                                                  Lynn M. Dean

1

*SEC v. Justin Robert King, et al.*
United States District Court—Central District of California
Case No. 8:20-cv-02398-JVS-DFM

## SERVICE LIST

Kyra E. Andrassy (by ECF)
SMILEY WANG-EKVALL
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626
714-445-1000 Phone
714-445-1017 Fax
kandrassy@swelawwfirm.com
*Counsel for Receiver for Defendant Elevate Investments LLC*

Justin Robert King
Register Number: 91063-509
FCI Texarkana
4001 Leopard Drive
Texarkana, TX  75501
*Pro se*